THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEREMY ROBINSON                                                                 PLAINTIFF

v.                              Case No. 4:16-cv-00294-KGB

CLOUD 9 BUSINESS SOLUTIONS, INC.;
ROBIN NEILEN, President, Cloud 9 Business
Solutions, Inc., In His Personal and Official Capacities                        DEFENDANTS

## ORDER

Before the Court is plaintiff Jeremy Robinson and defendants Cloud 9 Business Solutions, Inc. and Robin Neilen's joint motion to dismiss voluntarily this action (Dkt. No. 54). The parties represent that plaintiff desires to dismiss his complaint without prejudice and that defendants desire to dismiss their counterclaims without prejudice. For good cause shown, the Court grants the motion and dismisses without prejudice this case. All other pending motions are denied as moot (Dkt. Nos. 30, 35, 41).

So ordered this the 31st day of January, 2018.

_____
Kristine G. Baker
United States District Court Judge